UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER LOUIS CLARK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-15780** |
| **SHERIFF RANDY SEAL, ET AL.** | **SECTION: "F"(1)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal habeas corpus claims are **DISMISSED WITHOUT PREJUDICE** due to his failure to exhaust his remedies in the state courts.

**IT IS FURTHER ORDERED** that plaintiff's federal civil rights claims against Nurse Saltaformaggio are **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1)(A)(i).

**IT IS FURTHER ORDERED** that plaintiff's federal civil rights claims against Officer James Cockells are **DISMISSED WITH PREJUDICE** to their being asserted again until the Heck conditions are met.

**IT IS FURTHER ORDERED** that all of plaintiff's remaining federal civil rights claims against all remaining defendants are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this __8th__ day of _____March_____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**